IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> FARMERS GROUP, INC., § <br> § <br> Defendant. § | Case No. 2:14-cv-00713 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Eric B. Hall, enters his appearance in this matter as counsel for Defendant Farmers Group, Inc. for the purpose of receiving notices and orders from the Court. As a registered user of the Court's electronic filing system, the undersigned counsel consents to electronic service of all documents filed in this action, including all notices, orders and opinions issued by the Court, pursuant to Local Rule CV-5(a)(2)(A).

Date: June  30, 2014                             Respectfully submitted,

                                 By   /s/ *Eric B. Hall*
                                      Eric B. Hall (Texas Bar No. 24012767)
                                      eric.hall@nortonrosefulbright.com
                              Fulbright & Jaworski LLP
                              Fulbright Tower
                              1301 McKinney, Suite 5100
                              Houston, Texas 77010-3095
                              Tel:     (713) 651-5151
                              Fax:    (713) 651-5246

                                      Eagle H. Robinson (Texas Bar No.  24065984)
                                      Eagle.robinson@nortonrosefulbright.com
                              Fulbright & Jaworski LLP
                              98 San Jacinto Blvd, Suite 1100
                              Austin, Texas 77010
                              Telephone: (512) 474-5201
                              Facsimile: (512) 536-4598


                              ***Attorneys For Defendant,***
                              ***Farmers Group, Inc.***


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                                           /s/ *Eric B. Hall*
                                                   Eric B. Hall