AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
JUN 25 2014

FILED CLERK
2014 JUL 14 AM 11:09
TX EASTERN-MARSHALL
BY_____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Traffic Information, LLC )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:14-cv-713
Farmers Group, Inc. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Farmers Group, Inc.
c/o Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth L. DeRieux
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/25/14

*David Maland*
*Signature of Clerk or Deputy Clerk*

AFFIDAVIT ATTACHED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

[AFFIDAVIT ATTACHED]

_____
*Server's address*

Additional information regarding attempted service, etc:

<u>AFFIDAVIT OF SERVICE</u>

UNITED STATES DISTRICT COURT
for
Eastern District of Texas

TRAFFIC INFORMATION, LLC
    Plaintiff(s)

v.                                          Cause No. 2:14-CV-713

FARMERS GROUP, INC
    Defendant(s)

Came to hand on June 25, 2014, at 04:30 PM.

Executed at 211 E 7th Street, Suite 620, Austin, TX  78701, within the County of Travis at 10:05 AM on June 26, 2014, by delivering to the within named:

**FARMERS GROUP, INC,**

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, a true copy of this Citation together with Civil Cover Sheet and Complaint For Patent Infringement including Exhibts, having first endorsed upon such copy of such process the date of delivery.**

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

                                                   By: _____
                                                           Jeff Keyton SCH-735,
                                                           Exp: 7/31/2014

                                             <u>VERIFICATION</u>

STATE OF TEXAS        §
COUNTY OF TRAVIS    §

      BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
      Given under my hand and seal of office this June 27, 2014.

                                                                   _Patricia Young_
                                                              NOTARY PUBLIC, STATE OF TEXAS

14-010267/Traffic

[Notary seal: PATRICIA YOUNG, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 07-20-2018]