IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC § | | |
| § | | |
| *Plaintiff*, § | | |
| § | Case No. 2:14-cv-00713-JRG-RSP | |
| v. § | (LEAD CASE) | |
| § | | |
| FARMERS GROUP, INC. § | **JURY TRIAL DEMANDED** | |
| § | | |
| *Defendant*. § | | |
| § | | |
| TRAFFIC INFORMATION, LLC § | | |
| § | | |
| *Plaintiff*, § | | |
| § | Case No. 2:14-cv-00718-JRG-RSP | |
| v. § | | |
| § | **JURY TRIAL DEMANDED** | |
| STATE FARM INTERNATIONAL § | | |
| SERVICES, INC., § | | |
| § | | |
| *Defendant*. § | | |

## NOTICE OF APPEARANCE OF TRUMAN H. FENTON

Notice is hereby given that the undersigned attorney Truman H. Fenton of King & Spalding LLP respectfully enters his appearance in this matter as attorney of record for Defendant State Farm International Services, Inc. for purposes of receiving notices and orders from the Court.

Date:  August 8, 2014.    Respectfully submitted,

By: */s/ Truman H. Fenton*
    Truman H. Fenton
    Texas State Bar No. 24059742
    KING & SPALDING LLP
    401 Congress Avenue, Suite 3200
    Austin, TX 78701
    Telephone: (512) 457-2031
    Facsimile: (512) 457-2100
    Email: tfenton@kslaw.com

*Attorney for Defendant State Farm International Services, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Date: August 8, 2014          */s/ Truman H. Fenton*
                       Truman H. Fenton

DMSLIBRARY01:23413743.1