**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TRAFFIC INFORMATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FARMERS GROUP, INC., *et al.*, <br><br> Defendants. | Civil Action No: 2:14-cv-713-JRG-RSP <br><br> LEAD CASE |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Lindsey Yeargin, enters her appearance in this matter as Attorney for Defendant Michaels Stores, Inc. and Defendant WebMD, LLC for purposes of receiving notices and orders from the Court.

Dated this 11th day of August, 2014.              Respectfully submitted,

                                                */s/ Lindsey Yeargin*
                                                Lindsey Yeargin (Ga. Bar No. 248608)
                                                lindsey.yeargin@alston.com
                                                ALSTON & BIRD LLP
                                                One Atlantic Center
                                                1201 West Peachtree Street
                                                Atlanta, GA 30309-3424
                                                Phone:  (404) 881-7000
                                                Fax:      (404) 881-7777

                                                **ATTORNEY FOR DEFENDANTS MICHAELS STORES, INC. AND WEBMD, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE** has been forwarded via CM/ECF to all counsel of record on this 11th day of August, 2014.

                                                /s/ *Lindsey Yeargin*
                                                Lindsey Yeargin