# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **TRAFFIC INFORMATION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 2:14-cv-713 LEAD** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **FARMERS GROUP, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

| | | |
|---|---|---|
| **TRAFFIC INFORMATION, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 2:14-cv-717 Consol.** |
| **v.** | § | |
| | § | |
| **SMOOTHIE KING CO. INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT SMOOTHIE KING CO. INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Smoothie King Co., Inc. states that Smoothie King Co., Inc. is wholly owned by Smoothie King Systems, Inc.

Defendant Smoothie King Co., Inc. also states that no publicly held corporation owns 10% or more of Smoothie King Co., Inc.'s stock.

Respectfully submitted,

Dated:  September 2, 2014          **GRAY, PLANT, MOOTY,**
         **MOOTY & BENNETT, P.A.**

         */s/ Loren L. Hansen*
         Loren L. Hansen *(admitted Pro Hac Vice)*
         500 IDS Center
         80 South Eighth Street
         Minneapolis, Minnesota 55402-3796
         Telephone:  (612) 632-3389
         Fax:  (612) 632-4389
         Loren.Hansen@gpmlaw.com

         Melissa R. Smith (#24001351)
         **GILLAM & SMITH**
         303 S. Washington Avenue
         Marshall, TX 75670
         Telephone: (903) 934-8450
         Facsimile: (903) 934-9257
         Melissa@gillamsmithlaw.com

         *ATTORNEYS FOR*
         *SMOOTHIE KING CO., INC.*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of September, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

         */s/  Melissa R. Smith*
         Melissa R. Smith