# EXHIBIT 3

# AT&T Navigator

## More ways, less delays




Count on AT&T Navigator® to get you where you're going in less time and with fewer hassles.

**Try it FREE\* for the first 30 days.**

*Data rates apply. See offer and Navigator details.

**Get Started**

f Like   12 people like this. Sign Up to see what your friends like.

### Overview | Key Features | **FAQs**

**How do I sign up?**

It's quick and easy to sign up for AT&T Navigator. Get started by either clicking the AT&T Navigator icon on your phone or by logging in to your **myAT&T Account**. You may also contact customer service at 800.331.0500 or visit a **retail store (http://www.att.com/maps/store-locator.html#fbid=tqz04zLRtiY)** near you to add the feature to your account.

**How can I check if my device is compatible with AT&T Navigator?**

You can do so by checking our list of unsupported devices.

**Do I need a data plan to use AT&T Navigator?**

Yes, you need a wireless account with a phone that has a data plan.

**How much does AT&T Navigator cost?**

Try AT&T Navigator for free* for the first 30 days and enjoy a robust set of navigation features. At the end of the 30-day period, your account will automatically be charged $9.99 per month. You may cancel any time. A limited features, non-subscription version of AT&T Navigator called Basic Maps can also be selected after you download the AT&T Navigator app.
*Data rates apply. See offer and Navigator details.

**What if I want to cancel?**

To cancel your AT&T Navigator subscription, visit **att.com/mobilepurchases (http://www.att.com/mobilepurchases)** or call 800.331.0500 (611 from your mobile phone).

**Where can I find the AT&T Navigator support page?**

Visit the **AT&T Navigator support page (http://www.att.com/esupport/article.jsp?sid=KB91109#fbid=9g_94zVPyP7])** .

**How can I update to the most recent version of AT&T Navigator?**

Go to your device storefront to get the most recent version of AT&T Navigator.
Visit the **Google Play store** for Android devices.
Visit the **iTunes AppStore** for Apple devices.
For Windows devices, scan QR code to download from the Windows Phone Store.

**What's the difference between AT&T Navigator and Basic Maps?**

AT&T Navigator is a comprehensive, paid app that uses real-time GPS to provide live traffic updates and alerts, multi-route options, one-touch rerouting, downloadable maps, and more. Basic Maps is the free version of AT&T Navigator and provides basic navigation functionality such as driving directions.

---

**AT&T Navigator for iPhone®**



**AT&T Navigator for Android™**



**AT&T Navigator for Windows Phone®**



Click to scan QR code to download application

To access Basic Maps, download and open the AT&T Navigator app, then select Basic Maps when prompted.

| AT&T Navigator | Paid | Basic |
|---|---|---|
| **Navigation** | | |
| GPS voice-guided directions | ✔ | |
| Real-Time traffic | ✔ | |
| One-touch traffic avoid | ✔ | |
| Downloadable maps | ✔ | |
| Share ETA | ✔ | |
| Multi-routes | ✔ | |
| Lane assist | ✔ | |
| Voice address entry | ✔ | |
| **Maps** | | |
| Maps with satellite layer | ✔ | ✔ |
| Step-by-step directions | ✔ | ✔ |
| **Local Places Search** | | |
| Yelp® & TripAdvisor® ratings | ✔ | ✔ |
| Share local places | ✔ | ✔ |
| Cheap gas finder | ✔ | ✔ |
| Voice search | ✔ | ✔ |