IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| TRAFFIC INFORMATION, LLC | § | |
| --- | --- | --- |
| | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-00713-JRG-RSP |
| | § | LEAD CASE |
| FARMERS GROUP, INC., | § | |

| MICHAELS STORES, INC. | § | Case No. 2:14-cv-00716-JRG-RSP |
| --- | --- | --- |

| SMOOTHIE KING CO., INC. | § | Case No. 2:14-cv-00717-JRG-RSP |
| --- | --- | --- |

| STATE FARM MUTUAL AUTOMOBILE | § | Case No. 2:14-cv-00718-JRG-RSP |
| --- | --- | --- |
| INSURANCE COMPANY | § | |

| WEBMD, LLC | § | Case No. 2:14-cv-00719-JRG-RSP |
| --- | --- | --- |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order of August 8, 2014, the parties have conferred and agreed upon the attached Protective Order. The parties jointly request that the Court enter the attached order.

Respectfully submitted,

Dated: September 23, 2014     By: /s/ Jeffrey S. David
                                          John T. Polasek
                                          Texas Bar. No. 16088590
                                          tpolasek@pqelaw.com
                                          C. Dale Quisenberry
                                          Texas Bar No. 24005040
                                          dquisenberry@pqelaw.com
                                          Jeffrey S. David
                                          Texas Bar No. 24053171

jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010


S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

*Attorneys for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that as counsel for PlaintiffTraffic Information, LLC, I have conferred with counsel for each Defendant and all counsel are agreed.

/s/ Jeffrey S. David

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of September, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Jeffrey S. David