IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § § | |
| vs. | § § | Case No. 2:14-cv-00713-JRG-RSP<br>LEAD CASE |
| FARMERS GROUP, INC., | § | |

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § | |
| vs. | § § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | § § | Case No. 2:14-cv-00718-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S OPPOSED MOTION TO SEAL
AMENDED COMPLAINT AND COUNTERCLAIMS**

Plaintiff Traffic Information, LLC files this Unopposed Motion for Extension of Time for Traffic Information, LLC ("Traffic") to respond to Defendant, State Farm Mutual Automobile Insurance Company's Opposed Motion to Seal Amended Complaint and Counterclaims [Doc 64]. Traffic requests that its deadline be extended from October 9, 2014 to October 17, 2013. Counsel for State Farm has confirmed that State Farm does not oppose this request.

WHEREFORE, PREMISES CONSIDERED, Traffic respectfully moves the Court to extend the time for Traffic to respond to State Farm's Opposed Motion to Seal Amended Complaint and Counterclaims to October 17, 2014.

This Motion is not sought for delay, but that justice might be done.

          Respectfully submitted,

Dated: October 9, 2014      By: */s/ C. Dale Quisenberry*
        John T. Polasek
        State Bar. No. 16088590
        tpolasek@pqelaw.com
        C. Dale Quisenberry
        State Bar No. 24005040
        dquisenberry@pqelaw.com
        POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
        6750 West Loop South, Suite 920
        Bellaire, Texas 77401
        Telephone: (832) 778-6000
        Facsimile: (832) 778-6010

        S. Calvin Capshaw
        State Bar No. 03783900
        ccapshaw@capshawlaw.com
        Elizabeth L. DeRieux
        State Bar No. 05770585
        ederieux@capshawlaw.com
        D. Jeffrey Rambin
        State Bar No. 00791478
        jrambin@capshawlaw.com
        CAPSHAW DERIEUX, LLP
        114 East Commerce Avenue
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Traffic Information, LLC has conferred with counsel for State Farm and this motion is unopposed.

*/s/ C. Dale Quisenberry*
C. Dale Quisenberry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of October, 2014, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ C. Dale Quisenberry