IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAFFIC INFORMATION, LLC § | |
| § | |
| *Plaintiff*, § | |
| vs. § | |
| § | |
| STATE FARM MUTUAL AUTOMOBILE § | Case No. 2:14-cv-718 |
| INSURANCE COMPANY, § | |
| § | **JURY TRIAL DEMANDED** |
| *Defendant*. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Traffic Information, LLC and Defendant State Farm Mutual Automobile Insurance Company hereby stipulate to dismissal of all claims and counterclaims between them WITH PREJUDICE pursuant to a final settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(ii).  Each side is to bear its own attorney fees and costs.

AGREED TO AND ACCEPTED BY:

*/s/ C. Dale Quisenberry*
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000

*Counsel for Traffic Information, LLC*

*/s/ R. William Beard, Jr.*
R. William Beard, Jr.
wbeard@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000

*Counsel for State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of October, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                   /s/ C. Dale Quisenberry