**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § | |
| vs. | § § | Case No. 2:14-cv-00713-JRG-RSP |
| FARMERS GROUP, INC., | § | LEAD CASE |

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § § | |
| vs. | § § | Case No. 2:14-cv-00716-JRG-RSP |
| MICHAELS STORES, INC. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Traffic Information, LLC ("Traffic") and defendant Michaels Stores, Inc. ("Michaels"), stipulate that they have reached final agreement on settlement of the claims and counterclaims made in this action and, based upon the agreement, consent and approval of the parties, Traffic and Michaels, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over Traffic and Michaels, and over the subject matter of this action.

2. Each claim made and that could have been made by Traffic against Michaels, and each counterclaim made and that could have been made by Michaels against Traffic, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:

*/s/ C. Dale Quisenberry*
C. Dale Quisenberry
dquisenberry@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

*Counsel for Traffic Information, LLC*


*/s/ Robert L. Lee*
bob.lee@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7635
Facsimile: (404) 881-7777

*Counsel for Michaels Stores, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                                            */s/ C. Dale Quisenberry*
                                            C. Dale Quisenberry

Case 2:14-cv-00713-RWS-RSP   Document 131   Filed 06/05/15   Page 4 of 4 PageID #:  1014