# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| v. | § | Case No. 2:14-CV-713-JRG-RSP |
| | § | |
| FARMERS GROUP, INC. | § | |

## ORDER

Before the Court is State Farm Mutual Automobile Insurance Company's ("State Farm") Opposed Motion to Seal Amended Complaint and Counterclaims (**Dkt. No. 64**, "Motion to Seal"). State Farm's Motion to Seal is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

- The Court finds that good cause supports the sealing of Exhibit 1 to State Farm's Amended Complaint and Counterclaims (Dkt. No. 63-1). Accordingly, the Court hereby **ORDERS** the same to remain sealed.

- The Court finds good cause neither supports the sealing of State Farm's Amended Complaint and Counterclaims (Dkt. No. 63), nor the remaining associated exhibits to the Amended Complaint and Counterclaims (Exhibits 2 and 3) (Dkt. Nos. 63-2 and 63-3, respectively). Accordingly, the Court hereby **ORDERS** the same to be unsealed for public inspection.

Further before the Court is third party Electronic Frontier Foundation's ("EFF") Motion to Intervene for the Limited Purpose of Moving to Unseal State Farm's Answer (**Dkt. No. 93**, "Motion to Intervene"). In its Motion to Intervene, EFF seeks invention for the purpose of unsealing State Farm's Amended Complaint and Counterclaims (Dkt. No. 63) and any associated exhibits. (Mot. at 1.)

EFF's Motion to Seal is **DENIED AS MOOT** as to the unsealing of State Farm's Amended Complaint and Counterclaims (Dkt. No. 63) and associated exhibits (Dkt. Nos. 63-1–63-3) in light of the Court's ruling on State Farm's Motion to Seal (Dkt. No. 63).

**SIGNED this 21st day of July, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE