**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:14-cv-713-RWS-RSP |
| | ) | |
| v. | ) | (Lead Case) |
| | ) | |
| FARMERS GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| TRAFFIC INFORMATION, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:14-cv-718-RWS-RSP |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INTERNATIONAL | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

On this day, the Court considered the Electronic Frontier Foundation's Motion to Unseal

Documents Relating to Traffic Information, LLC's Claims.  (Dkt. No. 94).  On April 19, 2016

Traffic Information filed a Notice of Non-Opposition to the Motion to Unseal. (Dkt. No. 139).

Having considered the Motion to Unseal and Traffic Information's non-opposition, it is

ORDERED that the Motion to Unseal is GRANTED.

IT IS FURTHER ORDERED that State Farm International Services, LLC's Answer and

Counterclaims and related exhibits, ECF No. 63, Case No. 2:14-cv-713 shall be unsealed.

**SIGNED this 13th day of May, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE